No. 6834.—Sellés, Casas & Co., Sucs., S. en C., Tercerista, aplda., v. Santini Fertilizer Co., Inc., et al., apldos., Roldán Velázquez, et al., Fiadores, apltes.—C. D. San Juan. ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ Diciembre 18, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Por cuanto, la apelada Santini Fertilizer Co., Inc., solicita la desestimación del recurso interpuesto porque desde 19 de septiembre de 1934, en que fué radicado, los apelante no han notificado su intención de archivar la exposición del caso ni han solicitado transcripción de evidencia, ni han realizado gestión alguna para perfeccionar su apelación;

Por cuanto, los apelantes alegan que la apelación de la sentencia no se basa en prueba documental o testifical, sino en la transcripción de autos que en su oportunidad radicarán ante este Tribunal dentro de las prórrogas que les han sido concedidas;

Por tanto, se declara sin lugar la moción solicitando que se desestime el recurso.

En los siguientes casos, a propuesta de sus distintos jueces, la corte desestimó los recursos por el fundamento arriba expresado:

Nos. 6637, 6684, 6738, 6740, 6777, 6787, 6812, 6813, 6824, 6825, 6841, 6844, 6856, 6883, 6894, 6917.